1
2
3
4
5
6
7               UNITED STATES DISTRICT COURT

8               CENTRAL DISTRICT OF CALIFORNIA

9
10   RONNIE LEE,                          )   No. CV 15-3500 JVS (FFM)
                                          )
11                      Petitioner,       )
                                          )   JUDGMENT
12        v.                              )
                                          )
13   WARDEN,                              )
                                          )
14                      Respondent.       )
     _____  )
15
16        Pursuant to the Order Accepting Findings, Conclusions and Recommendations of

17   United States Magistrate Judge,

18        IT IS ADJUDGED that the Petition is denied with prejudice.

19
20   DATED: August 6, 2015

21
22                                        _____
                                                  JAMES V. SELNA
23                                          United States District Judge

24
25
26
27
28